```
 1
 2
 3
 4
 5
                    UNITED STATES DISTRICT COURT
 6
                   SOUTHERN DISTRICT OF CALIFORNIA
 7
    UNITED STATES OF AMERICA,    ) No. 20CR3294-W
 8                               )
              Plaintiff,         )
 9                               )
       v.                        )
10                               ) JUDGMENT AND ORDER TO DISMISS
    CESAR JIMENEZ-GUERRERO,      )
11                               )
              Defendant.         )
12                               )
                                 )
13  _____)
14
```

Based on the Motion of the United States and for good cause shown, leave of Court is granted, and

IT IS ORDERED THAT the information in this case be dismissed against Defendant Cesar Jimenez-Guerrero without prejudice; and

IT IS FURTHER ORDERED THAT the status date of January 11, 2021, be vacated.

DATED:    January 4, 2021.

_____
THOMAS J. WHELAN
United States District Court Judge
Southern District of California